UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GARRY MATTHEWS,

    Plaintiff,

v.                                Case No. 8:13-cv-1469-T-33TGW

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

    Defendant.
_____/

**ORDER**

This matter is before the Court on consideration of the Report and Recommendation of United States Magistrate Judge Thomas G. Wilson (Doc. # 27), entered on November 10, 2014, recommending that Plaintiff's Petition for Attorney Fees (Doc. # 19) be granted to the extent that Plaintiff is to be awarded $5,432.00 in attorneys' fees to be paid to Plaintiff's counsel by the Defendant pursuant to the EAJA, if Plaintiff is not indebted to the United States Department of the Treasury.

On November 28, 2014, Plaintiff filed an objection to the Report and Recommendation. (Doc. # 28). Thereafter, Defendant filed a response to Plaintiff's objection on December 3, 2014. (Doc. # 29). After due consideration, the

Court overrules Plaintiff's objection and adopts the Report and Recommendation of Judge Wilson.

**Discussion**

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983).

In the absence of specific objections, there is no requirement that a district judge review factual findings de novo, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject, or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions de novo, even in the absence of an objection. See Cooper-Hous. v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994).

Upon due consideration of the entire record, the Court overrules Plaintiff's objection and adopts the Report and Recommendation of the Magistrate Judge. The Court agrees with

Judge Wilson's detailed and well-reasoned findings of fact and conclusions of law. The Report and Recommendation thoughtfully addresses the issues presented and the objection does not provide a basis for rejecting the Report and Recommendation.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The Report and Recommendation of the Honorable Thomas G. Wilson, United States Magistrate Judge (Doc. # 27) is **ADOPTED**.

(2) Plaintiff's Petition for Attorney Fees (Doc. # 19) is **GRANTED** in the amount of $5,432.00 as set forth herein.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>4th</u> day of December, 2014.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: All Counsel of Record